UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SALOME ADOMAH,

                    Plaintiff,

        -against-                                    1:04-CV-782
                                                     (LEK/DRH)

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
_____

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation and Order filed on

September 28, 2005, by the Honorable David R. Homer, United States Magistrate Judge, pursuant

to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York.

Within ten days, excluding weekends and holidays, after a party has been served with a copy

of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written

objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance

with L.R. 72.1.  In the interval of at least fifteen days since the Magistrate Judge filed the subject

Report-Recommendation, no objections to it have been raised, and Plaintiff has not filed the

document(s) so ordered by Judge Homer in the Report-Recommendation and Order.  Furthermore,

after examining the record, the Court has determined that Judge Homer's Report-Recommendation

is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 9) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

1

**ORDERED**, that the Complaint (Dkt. No. 1) is **DISMISSED** in its entirety; and it is further

**ORDERED**, that the Clerk serve a copy of this order on all parties.

IT IS SO ORDERED.

DATED:  November 10, 2005
          Albany, New York


_____
    Lawrence E. Kahn
    U.S. District Judge

2